COMMONWEALTH of Pennsylvania,
Respondent

v.

Eric Carlo MARTORELL, Petitioner

No. 196 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Charles Maynard COLONY and
Paul Markley, Late, Trading
as Hawkwing Partnership

v.

DOBERMAN GROUP, INC., Walter
Dobozynski, Clarence Kauffman,
Steven Conn and Henry Ober

Brumbaugh Lumber Co., Mifflin
County Commissioners, &
Harriet Clark

Petition of: Doberman Group, Inc., Walter Dobozynski, Clarence Kauffman, Steven Conn and Henry Ober

No. 305 MAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.

Terrence JOHNSON, Petitioner

v.

Anthony A. AUSTIN, Respondent

No. 215 EAL 2017

Supreme Court of Pennsylvania.

October 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.